# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | **No. 1:16-cr-094** |
| v. | : | |
| | : | **(Judge Kane)** |
| **SAQUAN PARKER,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, on this 7th day of March 2017, **IT IS ORDERED THAT** Defendant Saquan Parker's amended motion to suppress (Doc. No. 25), is **GRANTED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
